IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROVIC INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 303-CV-0355~(SRU) |
| v. ) | 366 |
| ) | |
| THE BLACK & DECKER CORPORATION, ) | November 4, 2003 |
| ) | |
| Defendant. ) | |

## BLACK & DECKER'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56, Fed.R.Civ.P., Black & Decker hereby moves for summary judgment on each Count of RoVic's Complaint. RoVic has no evidence to support essential elements of each claim in this case. There is no genuine issue as to any material fact and this motion is based primarily on the admissions of RoVic's own witness. Thus, Black & Decker is entitled to judgement as a matter of law.

For the reasons set forth in the accompanying Memorandum, Local Rule 56(a)(1) Statement, declaration and exhibits, Black & Decker's respectfully requests that its motion for summary judgment be granted in all respects.

THE BLACK & DECKER CORPORATION

_____
Raymond P. Niro, Jr. (ct 20462)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

Patricia E. Reilly (ct 08352)
TYLER, COOPER & ALCORN
205 Church Street
New Haven, Connecticut 06509
(203) 784-8200

**ORAL ARGUMENT REQUESTED**          Fax: (203) 586-7865

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **BLACK & DECKER'S MOTION FOR SUMMARY JUDGMENT** was served upon the below-listed counsel of record by **hand delivery** on the ____4th____ day of November, 2003:

John C. Linderman
Wm. Tucker Griffith
McCORMICK, PAULDING & HUBER LLP
City Place II, 185 Asylum Street
Hartford, Connecticut 06103-4102
(860) 549-5290
Fax: (860) 527-0464

_____
Attorney for Black & Decker
**Patricia E. Reilly (CT 08352)**