IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 NOV 26  P 2: 15

| | |
|---|---|
| ROVIC, INC., | ) |
| Plaintiff, | ) Civil Action No. 3:03-cv-0366 (SRU) |
| v. | ) |
| THE BLACK & DECKER CORPORATION, | ) |
| Defendant. | ) November 25, 2003 |

## MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant moves the Court to seal the enclosed Opposition, Local Rule 56(a)(2) Statements, Parts I and II, and attached exhibits due to the confidential designation of many facts pursuant to paragraph 3 of The Protective issued by the Court on July 7, 2003 (copy enclosed).

ROVIC INC.

By _____
John C. Linderman (ct04291)
Wm. Tucker Griffith (ct19984)
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: 860-549-5290 - Fax: 860-527-0464
Plaintiff's Attorneys

MOTION GRANTED. SO ORDERED. Stefan R. Underhill, U.S.D.J.