IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROVIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BLACK & DECKER CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 3:03-cv-0366 (SRU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) December 16, 2003 <br> ) |

**MOTION TO SEAL ROVIC'S MEMORANDUM, LOCAL RULE 56(a)(1) STATEMENT AND EXHIBITS IN SUPPORT OF ROVIC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, RoVic, Inc. moves the Court to seal the enclosed Memorandum, Local Rule 56(a)(1) Statement and Exhibits supporting RoVic's Motion for Summary Judgment, due to the confidential designation of many facts pursuant to Paragraph 3 of the Stipulated Protective Order issued by the Court on July 7, 2003.

ROVIC INC.


By _____
John C. Linderman (ct04291)
Wm. Tucker Griffith (ct19984)
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: 860-549-5290 - Fax: 860-527-0464
Plaintiff's Attorneys

**Certificate of Service**

I hereby certify that on the ___ day of December 2003, a true copy of the foregoing MOTION TO SEAL ROVIC'S MEMORANDUM, LOCAL RULE 56(a)(1) STATEMENT AND EXHIBITS IN SUPPORT OF ROVIC'S MOTION FOR SUMMARY JUDGMENT was served by First Class Mail, postage prepaid to the following counsel:

> Raymond P. Niro, Jr.
> Niro, Scavone, Haller & Niro
> 181 West Madison Street - Suite 4600
> Chicago, IL 60602-4515

> Patricia E. Reilly
> TYLER, COOPER & ALCORN
> 205 Church Street
> New Haven, Connecticut 06509

By_____
          John C. Linderman