IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 DEC 17 P 2: 24

| | |
|---|---|
| ROVIC INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:03-cv-366 (SRU) |
| THE BLACK & DECKER CORPORATION | ) December 16, 2003 |
| Defendant. | ) |

## ROVIC INC'S MOTION FOR SUMMARY JUDGMENT

John C. Linderman (ct04291)
Wm. Tucker Griffith (ct19984)
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: 860-549-5290 - Fax: 860-527-0464
Plaintiff's Attorneys

Pursuant to Rule 56, Fed. R. Civ. P., RoVic Inc. hereby moves for summary judgment on each count of RoVic's Complaint. No genuine issue of fact exists as to any material fact relevant to Counts I-V. Summary judgment is appropriate since RoVic is entitled to judgment as a matter of law.

The Motion is supported by an accompanying Memorandum, Local Rule 56(a)(1) Statement, and the Exhibits.

The Exhibits enclosed and relied upon in support of the Motion are the same as and bear the same identification as the Exhibits cited by the parties in support and opposition to Black & Decker's Motion for Summary Judgment.

ROVIC INC.
Plaintiff

By _____
John C. Linderman (ct04291)
Wm. Tucker Griffith (ct19984)
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: 860-549-5290
Fax: 860-527-0464

## Certificate of Service

I hereby certify that on the 16th day of December 2003, a true copy of the foregoing Plaintiff's ROVIC INC'S MOTION FOR SUMMARY JUDGMENT was served by First Class Mail, postage prepaid to the following counsel of record:

Raymond P. Niro, Jr.
Niro, Scavone, Haller & Niro
181 West Madison Street - Suite 4600
Chicago, IL 60602-4515

-and-

Patricia E. Reilly
Tyler, Cooper & Alcorn
205 Church Street
New Haven, CT 06509

By /s/ John C. Linderman
John C. Linderman