IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROVIC, INC., | ) |
| Plaintiff, | ) Civil Action No. 3:03-cv-0366 (SRU) |
| v. | ) |
| THE BLACK & DECKER CORPORATION, | ) |
| Defendant. | ) December 16, 2003 |

## MOTION TO SEAL ROVIC'S MEMORANDUM, LOCAL RULE 56(a)(1) STATEMENT AND EXHIBITS IN SUPPORT OF ROVIC'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, RoVic, Inc. moves the Court to seal the enclosed Memorandum, Local Rule 56(a)(1) Statement and Exhibits supporting RoVic's Motion for Summary Judgment, due to the confidential designation of many facts pursuant to Paragraph 3 of the Stipulated Protective Order issued by the Court on July 7, 2003.

ROVIC INC.

By _____
John C. Linderman (ct04291)
Wm. Tucker Griffith (ct19984)
McCormick, Paulding & Huber LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel.: 860-549-5290 - Fax: 860-527-0464
Plaintiff's Attorneys

MOTION GRANTED.
SO ORDERED. _____ Stefan R. Underhill, U.S.D.J.