IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROVIC INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 303-CV-0366 (SRU) |
| v. ) | |
| ) | |
| THE BLACK & DECKER CORPORATION, ) | **January 7, 2004** |
| ) | |
| Defendant. ) | |

## BLACK & DECKER'S RESPONSE TO
## ROVIC'S MOTION FOR SUMMARY JUDGMENT

Black & Decker's November 4, 2003 motion for summary judgment is fully briefed and ripe for decision. It disposes of every issue in the case.

On December 16, 2003, RoVic strangely filed its own motion for summary judgment which, substantively, is a verbatim copy of its November 25, 2003 opposition to Black & Decker's summary judgment motion. For example, the 73 statements in RoVic's December 16, 2003 Local Rule 56(a)(1) Statement are *exactly the same* as the 73 statements in RoVic's November 25, 2003 Local Rule 56(a)(2) submission, including typos (see e.g., Statement ¶ 18 mistakenly referring to a November 2002 letter as November "2003"). The "factual background" section of both pleadings are identical, word-for-word. RoVic relies on the same exhibits. Nothing new has been submitted by RoVic: no new declarations; no new exhibits; no expert affidavits; and still no survey evidence.

Black & Decker opposes RoVic's December 16, 2003 motion for summary judgment, but rather than further burden this Court with additional, unnecessary, repetitive briefs in opposition, Black & Decker will rely upon the materials already submitted in support of its motion for summary

**ORAL ARGUMENT REQUESTED**

judgment. Specifically, Black & Decker incorporates herein by reference the following pleadings and the exhibits attached thereto:

- Black & Decker's Motion for Summary Judgment (filed November 4, 2003, Docket No. 17);

- Memorandum in Support of Black & Decker's Motion for Summary Judgment (filed November 4, 2003, Docket No. 18);

- Statement of Material Facts in Support of Black & Decker's Motion for Summary Judgment (filed November 4, 2003, Docket No. 19);

- Response to RoVic's Local Rule 56(a)(2) Statement, Part II (filed December 15, 2003, Docket No. 26)[1]; and,

- Reply in Support of Black & Decker's Motion for Summary Judgment (filed December 15, 2003, Docket No. 27).

RoVic's duplicative December 16, 2003 motion adds nothing to the legal analysis before this Court, other than a direct acknowledgment by RoVic that: "No genuine issues of material fact exist with regard to the facts necessary to reach a determination" on each Count of RoVic's Complaint (RoVic 12/16/03 Mem. at 39). The underlying facts are now admittedly undisputed. The issue is purely a legal determination for the Court.

Black & Decker respectfully requests the entry of summary judgment in its favor and dismissal of this case with prejudice.

---

1. For the Court's convenience, and to fully comply with its technical obligations, Black & Decker re-submits its responses to RoVic's 73 statements of fact concurrently herewith as its Local Rule 56(a)(2) Statement in Response to RoVic's Motion for Summary Judgment.

THE DEFENDANT
THE BLACK & DECKER CORPORATION

_____
Patricia E. Reilly (ct 08352)
TYLER, COOPER & ALCORN
205 Church Street
New Haven, Connecticut 06509
(203) 784-8200
Fax: (203) 586-7865

Raymond P. Niro, Jr. (ct 20462)
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **BLACK & DECKER'S RESPONSE TO ROVIC'S MOTION FOR SUMMARY JUDGMENT** was served upon the below-listed counsel of record by **first class mail** on this 7th day of January 2004:

John C. Linderman
Wm. Tucker Griffith
McCORMICK, PAULDING & HUBER LLP
City Place II, 185 Asylum Street
Hartford, Connecticut 06103-4102
(860) 549-5290
Fax: (860) 527-0464

_____
Patricia E. Reilly