IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROVIC INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 303-CV-0366 (SRU) |
| v. ) | |
| ) | |
| THE BLACK & DECKER CORPORATION, ) | January 8, 2004 |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR A STAY OF DISCOVERY UNTIL RESOLUTION OF THE PENDING MOTIONS FOR SUMMARY JUDGMENT

Plaintiff RoVic and Defendant Black & Decker, respectfully seek an Order staying further discovery in this matter until the Court enters decisions on the currently pending summary judgment motions. In support of their joint motion, the parties state that:

- On November 4, 2003, Black & Decker filed its motion for summary judgment on each count in RoVic's Complaint. That motion is now fully briefed.

- On December 17, 2003, RoVic filed its motion for summary judgment on each count in its Complaint. This motion will be fully briefed by January 21, 2004.

- The parties believe that the Court's decisions on these pending motions will either dispose of all issues in the case or, at a minimum, sufficiently narrow the issues, making the continuation of discovery at this time potentially wasteful of resources.

- Pursuant to the Court's June 3, 2003 Order approving the parties' Case Management Plan, the parties have worked diligently towards the completion of fact and expert discovery by the cut-off date of February 28, 2004. All that remains are a limited number of fact depositions by each party and the completion of expert reports and depositions.

- 2 -

The parties have agreed to defer the depositions until after decisions on the summary judgment motions.

- The parties believe that should it be necessary to resume discovery and pre-trial preparations after disposition of the summary judgment motions, the schedule set forth below and in the attached Proposed Order would be appropriate:

1. Close of all discovery, including expert depositions: within four weeks of the Court's decision on the currently pending summary judgment motions.

2. Last day to file any additional dispositive motions: within six weeks of the Court's decisions on the currently pending summary judgment motions.

3. Joint Trial Memorandum: within two months of the Court's decisions on the currently pending summary judgment motions.

For the reasons stated, the parties respectfully request that this joint motion be granted and the Proposed Order entered by the Court.

STIPULATED AND AGREED TO:

On behalf of Plaintiff

_____       Date: January 8, 2004
John C. Linderman (ct 04291)
Wm. Tucker Griffith (ct 19984)
McCORMICK, PAULDING & HUBER LLP
City Place II, 185 Asylum Street
Hartford, Connecticut 06103-4102
(860) 549-5290

On behalf of Defendant:

_____       Date: 1/9/04
Patricia E. Reilly (ct 08352)
TYLER, COOPER & ALCORN
205 Church Street
New Haven, Connecticut 06509
(203) 784-8200

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROVIC INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 303-CV-0366 (SRU) |

### [PROPOSED] ORDER

The parties have come before the Court with a joint motion to stay further discovery until ruling on the currently pending motions for summary judgment. By agreement of the parties, and for good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that the June 3, 2003 Scheduling Order be modified as follows:

1. Close of all discovery, including expert depositions: within four weeks of the Court's decisions on the currently pending summary judgment motions.

2. Last day to file additional dispositive motions: within six weeks of the Court's decisions on the currently pending summary judgment motions.

3. Joint Trial Memorandum: within two months of the Court's decisions on the currently pending summary judgment motions.

ENTERED:_____          _____
                                                United States District Judge