36

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 JAN -9 P 2: 59

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| ROVIC INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>)<br>Defendant. ) | Civil Action No. 303-CV-0366 (SRU)<br><br>**January 8, 2004** |

### JOINT MOTION FOR A STAY OF DISCOVERY UNTIL RESOLUTION OF THE PENDING MOTIONS FOR SUMMARY JUDGMENT

Plaintiff RoVic and Defendant Black & Decker, respectfully seek an Order staying further discovery in this matter until the Court enters decisions on the currently pending summary judgment motions. In support of their joint motion, the parties state that:

- On November 4, 2003, Black & Decker filed its motion for summary judgment on each count in RoVic's Complaint. That motion is now fully briefed.

- On December 17, 2003, RoVic filed its motion for summary judgment on each count in its Complaint. This motion will be fully briefed by January 21, 2004.

- The parties believe that the Court's decisions on these pending motions will either dispose of all issues in the case or, at a minimum, sufficiently narrow the issues, making the continuation of discovery at this time potentially wasteful of resources.

- Pursuant to the Court's June 3, 2003 Order approving the parties' Case Management Plan, the parties have worked diligently towards the completion of fact and expert discovery by the cut-off date of February 28, 2004. All that remains are a limited number of fact depositions by each party and the completion of expert reports and depositions.

[Handwritten notes in margin: "Granted. Discovery is hereby stayed pending further order of the court. So ordered. 1/16/04"]