```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

                  Motion Day Calendar

            Stefan R. Underhill, U. S. D. J.
                 915 Lafayette Boulevard
                       Bridgeport
                Courtroom #1, 4th Floor

                     June 22, 2004
```

UPON RECEIPT OF THIS CALENDAR, COUNSEL ARE INSTRUCTED TO CONFER
WITH OPPOSING COUNSEL AND CONFIRM THAT ALL COUNSEL OF RECORD HAVE
NOTICE OF THE ARGUMENT IN THEIR CASE.

COUNSEL SHALL BE PREPARED TO ARGUE WITH PARTICULARITY THE MOTIONS
AT ISSUE. THE COURT WILL HAVE THOROUGHLY REVIEWED THE PAPERS, SO
THAT COUNSEL NEED NOT RESTATE BACKGROUND OR ARGUMENTS SET FORTH
IN THE BRIEFS. AFTER HIS QUESTIONS HAVE BEEN ANSWERED, JUDGE
UNDERHILL MAY RULE ON THE MOTIONS FROM THE BENCH.

ANY REQUESTS PERTAINING TO THE ORAL ARGUMENT SHALL BE MADE TO
BARBARA SBALBI, JUDICIAL ASSISTANT (203-579-5714) IN WRITING, OR
BY TELEPHONE CONFIRMED IN WRITING, NO LATER THAN **June 18, 2004**
ANY COUNSEL REQUESTING CONTINUANCES, WHICH WILL BE CONSIDERED
ONLY FOR GOOD CAUSE CLEARLY SHOWN, SHALL CONSULT WITH COUNSEL FOR
ALL OTHER PARTIES BEFORE MAKING THE REQUEST.


**10:00 a.m.**
**Borsiquot, et al v Citibank FSB     3:03cv1914**

Motion to Dismiss - doc. #13,    Motion to Certify Class - doc. #19

**10:30 a.m.**
**Halox v Dripping Wet Water       3:03cv1008**

Motion to Dismiss - doc. #10

**2:00 p.m.**
**Rovic, Inc. v Black & Decker       3:03cv366**

Motion for Summary Judgment - doc. #17    Motion for Summary Judgment - doc. #29