UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROVIC, INC. | : |
| | : |
| v. | : Civil Action No. |
| | : 3:03cv366 (SRU) |
| BLACK & DECKER CORP. | : |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_   A ruling on the following motions which are currently pending: (orefm.)

_X_   A settlement conference (orefmisc./cnf)

\_\_\_   A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_   Other: (orefmisc./misc) _____

SO ORDERED this 29th day of June 2004, at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge