IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| ROVIC INC., <br><br> Plaintiff, <br><br> v. <br><br> THE BLACK & DECKER CORPORATION <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:03-cv-0366 (SRU) <br> ) <br> ) <br> ) June 30, 2004 <br> ) <br> ) <br> ) |

## JOINT AUTHORIZATION BY THE PARTIES TO UNSEAL ALL SUMMARY JUDGMENT MATERIALS

Pursuant to the Court's instructions at the June 22, 2004 hearing, the parties have reviewed the summary judgment pleadings previously filed under seal and hereby confirm that all of the summary judgment materials may be unsealed and open to the public, including the following:

1. Black & Decker's Memorandum in Support of its Motion for Summary Judgment, filed November 4, 2003 (Docket No. 18).

2. Black & Decker's Rule 56(a)(1) Statement of Facts, filed November 4, 2003 (Docket No. 19).

3. RoVic's Memorandum in Opposition to Black & Decker's Motion for Summary Judgment, filed November 26, 2003 (see Docket Nos. 20-23).

4. RoVic's Rule 56(a)(2) Statement of Facts, Part I and Part II, filed November 26, 2003 (see Docket Nos. 20-23).

5. RoVic's Exhibits in Support of its Memorandum in Opposition to Black & Decker's Motion for Summary Judgment, filed November 26, 2003 (see Docket Nos. 20-23).

6. Black & Decker's Reply in Support of its Motion for Summary Judgment, filed December 15, 2003 (see Docket Nos. 26-27).

7. Black & Decker's Submission of Plaintiff's Improper Denials of Undisputed Facts, filed December 15, 2003 (see Docket Nos. 26-27).

8. RoVic's Memorandum in Support of its Motion for Summary Judgment, filed December 17, 2003 (see Docket Nos. 30-32).

9. RoVic's Rule 56(a)(1) Statement of Facts, filed December 17, 2003 (see Docket Nos. 30-32).

10. RoVic's Exhibits in Support of its Motion for Summary Judgment, filed December 17, 2003 (see Docket Nos. 30-32).

11. Black & Decker's Rule 56(a)(2) Statement of Facts, filed January 7, 2004 (Docket No. 35).

On behalf of Plaintiff:

_____   Date: June 29, 2004
John C. Linderman (ct 04291)
Wm. Tucker Griffith (ct 19984)
McCORMICK, PAULDING & HUBER LLP
City Place II, 185 Asylum Street
Hartford, Connecticut 06103-4102
(860) 549-5290

On behalf of Defendant:

_____   Date: June 30, 2004
Patricia E. Reilly (ct 08352)
TYLER, COOPER & ALCORN
205 Church Street
New Haven, Connecticut 06509
(203) 784-8200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **JOINT AUTHORIZATION BY THE PARTIES TO UNSEAL ALL SUMMARY JUDGMENT MATERIALS** was served upon the below-listed counsel of record by **first class mail** on the 30th day of June 2004:

John C. Linderman
Wm. Tucker Griffith
McCORMICK, PAULDING & HUBER LLP
City Place II, 185 Asylum Street
Hartford, Connecticut 06103-4102
(860) 549-5290
Fax: (860) 527-0464

_____
Patricia E. Reilly