UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROVIC, INC.

V.                                    Case Number:   3:03cv366 (SRU)

BLACK & DECKER CORP

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 10/14/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on November 13, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, November 3, 2004.

                        KEVIN F. ROWE, CLERK

                        By: /s/ Alice Montz_____
                            Alice Montz
                            Deputy Clerk