# M&H McCormick, Paulding & Huber LLP
*Intellectual Property Law*

FILED

2004 NOV 10 P 2: 15

Offices in
Hartford, CT and
Springfield, MA

*From the desk of*
John C. Linderman
lind@ip-lawyers.com
Tel.: 860-549-5290
Fax: 860-527-0464

CityPlace II
185 Asylum Street
Hartford, CT
06103-3402
www.IP-Lawyers.com

John C. Linderman*✝
J. Kevin Grogan*✝
Arthur F. Dionne*✝
Richard R. Michaud*
Marina F. Cunningham*
Richard D. Getz*
Daniel G. Mackas*
Nicholas I. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald✝
Kevin H. Vanderleeden✝
Wayne R. Grohs*
Andrea C. Walsh
Jeanne M. Tanner*
John A. Kramer✝
*Admitted in CT
✝Admitted in MA

*Practice Development*
John T. Duffy, Esq.

*Of Counsel*
Donald K. Huber*
John C. Hilton*
Frederick J. Haesche*
Chester E. Flavin✝
William C. Crutcher*
John J. Dompsey

November 10, 2004

**Via facsimile**
Hon. Stefan R. Underhill
United States District Judge
District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re: RoVic, Inc. v. The Black & Decker Corp.
Civil Action No. 3:03-cv-0366-SRU

To The Honorable Judge Underhill:

Counsel for both RoVic and Black & Decker in the above-referenced case have received a Notice to Counsel indicating that the case was reported settled on October 14, 2004 and a dismissal notice is due on November 13, 2004. The settlement date appears to be in error since the Settlement Conference was not held until October 26, 2004.

Further the parties have not been able to agree on terms of a settlement agreement. Accordingly, Plaintiff, RoVic requests that the time for filing a dismissal be extended at least to November 26, 2004. Counsel for Defendant, Black & Decker has been contacted about this matter, but no response has been received.

Very truly yours,

McCormick, Paulding & Huber LLP

By [signature]

JCL:jef

cc: Raymond P. Niro, Jr. and Patricia Reilly, via facsimile only

# MP&H      McCormick, Paulding & Huber LLP

*Intellectual Property Law*

Offices in
Hartford, CT and
Springfield, MA

*From the desk of*
John C. Linderman
llnd@ip-lawyers.com
Tel 860 549.5290
Fax 860 527.0464

CityPlace II
185 Asylum Street
Hartford, CT
06103-3402
www.IP-Lawyers.com

John C. Linderman*✦
J. Kevin Grogan*✦
Arthur F. Dionne*✦
Richard R. Michaud*
Marina F. Cunningham*
Richard D. Getz*
Daniel O. Mackas*
Nicholas J. Tuccillo*
Wm. Tucker Griffith*
Donald J. MacDonald✦
Kevin H. Vanderleeden✦
Wayne R. Grohs*
Jeanne M. Tanner*
John A. Kramer✦
*Admitted in CT
✦Admitted in MA

*Practice Development*
John T. Duffy, Esq.

*Of Counsel*
Donald K. Huber*
John C. Hilton*
Frederick J. Haesche*
Chester E. Flavin✦
William C. Crutcher*
John J. Dempsey

## FACSIMILE TRANSMISSION

DELIVER TO:   Honorable Judge Stephan Underhill
              Patricia E. Reilly

DATE: November 10, 2004

FAX NO.:   203-579-5704
           203-784-8521

FROM:   John C. Linderman

CLIENT NO:                          CLIENT'S REF. NO.:

PAGES INCLUDING COVER SHEET:  2

**Message:**

The information contained in this facsimile may contain confidential information. It is only for the use of the individual or entity named. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are notified that your dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the above address via U.S. postal service.