IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROVIC INC.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>THE BLACK & DECKER CORPORATION,  )<br>)<br>Defendant.  ) | Civil Action No. 303-CV-0366 (SRU) |

## STIPULATED ORDER OF DISMISSAL

This action has come before the Court, upon the pleadings and proceedings of record, and it has been represented to the Court that Plaintiff, RoVic, Inc. ("RoVic"), and Defendant, The Black & Decker Corporation ("Black & Decker"), have entered into a Settlement Agreement ("Agreement") and have agreed to a compromise and settlement of this Civil Action and all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of RoVic and Black & Decker, through their undersigned attorneys, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All claims, defenses and counterclaims that were or could have been made by RoVic against Black & Decker or by Black & Decker against RoVic relating to this Civil Action are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

3. This Court retains jurisdiction over the parties for the purpose of enforcing the Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

SO ORDERED:

Date:_____        _____
                                  United States District Judge

STIPULATED AND AGREED TO:

| On behalf of Plaintiff: | On behalf of Defendant: |
|---|---|
| _____ | _____ |
| John C. Linderman (ct 04291) | Raymond P. Niro, Jr. (ct 20462) |
| Wm. Tucker Griffith (ct 19984) | Paul C. Gibbons (ct 18826) |
| McCORMICK, PAULDING & HUBER LLP | NIRO, SCAVONE, HALLER & NIRO |
| City Place II, 185 Asylum Street | 181 West Madison Street, Suite 4600 |
| Hartford, Connecticut 06103-4102 | Chicago, Illinois 60602 |
| (860) 549-5290 | (312) 236-0733 |
| Fax: (860) 527-0464 | Fax: (312) 236-3137 |

Patricia E. Reilly (ct 08352)
TYLER, COOPER & ALCORN
205 Church Street
New Haven, Connecticut 06509
(203) 784-8200
Fax: (203) 789-2133